**Order entered January 11, 2019**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01247-CR

**RUSTY LYLE WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 78th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 59,739-B**

## ORDER

Appellant, who was convicted of aggravated sexual assault of a child, filed his brief on January 7, 2019. In the brief, he uses the name of a victim who was a child at the time of the offense. Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identify any victim either generically ("victim" or "complaining witness") or by initials only, including when quoting portions of the record.

We **DIRECT** the Clerk to send copies of this order to Greg Merkle and the Wichita County District Attorney's Office.

/s/    BILL PEDERSEN, III
JUSTICE